The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 15, 2017, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: December 15, 2017**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

201711824
reg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 17-16509 |
| BARBARA J. JOHNSON | Chapter 13 |
| | Judge Arthur I Harris |
| Debtor | |
| | **AGREED ORDER RESOLVING OBJECTION TO DEBTOR'S PLAN BY WELLS FARGO BANK, N.A. FILED 11/13/2017 (DOCKET #13) (PROPERTY ADDRESS 4227 EASTWAY ROAD, SOUTH EUCLID, OH 44121)** |

This matter having come before the Court upon the Objection to Debtors' Plan filed herein on November 13, 2017 as PACER Docket No. 13 (hereinafter "Objection") by the secured creditor, Wells Fargo Bank, N.A. ("Creditor"); and it appearing to the Court that the parties have agreed to a course of

action which will otherwise resolve the Objection; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of facts and issues the following Order with respect thereto:

1. The parties hereby agree that Creditor's claim, which includes a pre-petition arrearage in the amount of $23,058.89 ("arrearage") is based upon a security interest in the real property located at 4227 Eastway Road South Euclid, OH 44121 ("Real Property") and shall be allowed as a secured mortgage arrearage claim which shall be cured within a reasonable time.

2. The parties agree that the trustee will disburse creditor's arrearage claim in accordance with the proof of claim filed by Creditor, subject to the rights of the Debtor and the Trustee to object to such claim. Debtor hereby agrees to take whatever steps necessary to modify the proposed plan currently before the Court.

3. Confirmation of the Plan shall not be binding on the parties as to the amount of Creditor's arrearage claim, and the Trustee and Debtor reserve their right to object to such arrearage claim.

4. Plan confirmation is subject to the terms and conditions stated herein.

SO ORDERED.

###

SUBMITTED BY:

/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #0029302
(513) 241-3100 x-3349

Joel K Jensen, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Ohio Supreme Court No. 0029302
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3349
(513) 354-6464 fax
nohbk@lsrlaw.com
Attorneys for Creditor

APPROVED BY:

/s/ Jann Washington
Jann Washington, Debtor's Counsel
Ohio Supreme Court No. 87239
5001 Mayfield Road Suite 111
Lyndhurst, OH 44124
216-391-7111
JannWashingtonEsq@gmail.com

COPIES TO:

Joel K Jensen, Attorney for Creditor
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE

Jann Washington, Esq., Attorney for Debtor
5001 Mayfield Road Suite 111
Lyndhurst, OH 44124
JannWashingtonEsq@gmail.com
VIA ELECTRONIC SERVICE

Barbara J. Johnson
4227 Eastway Rd.
South Euclid, OH 44121
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Lauren A Helbling, Trustee
Chapter 13 Trustee BP Tower
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
ch13trustee@ch13cleve.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114
VIA ELECTRONIC SERVICE