UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO (CLEVELAND)

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-16509 |
| | : | **Chapter 13** |
| **Barbara J. Johnson** | : | Judge : Arthur I Harris |
| | : | |
| | : | |
| **Debtor** | : | |

## WITHDRAWAL OF OBJECTION TO
## CONFIRMATION OF PLAN

Now comes Bridgecrest Credit Company LLC, an affiliated company of Drivetime Car Sales Company LLC ("Creditor") by and through their undersigned counsel, hereby withdraws their objection to the Debtor's proposed Chapter 13 Plan. There was a modified plan filed on January 10, 2018, which remedied the Creditor's concerns.

Respectfully submitted,

 /s/ Daniel A. Cox
Daniel A. Cox (0076469)
Wood & Lamping LLP
Attorney for Plaintiff
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Voice: (513) 852-6066
Fax: (513) 419-6443
bankruptcy@woodlamping.com

# **CERTIFICATE OF SERVICE**

I certify that on January 16, 2018 a copy of the foregoing Withdraw of Objection to Chapter 13 Plan was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Jann Washington, Debtor's Counsel: jannwashingtonesq@gmail.com

Lauren A. Helbling, Trustee: ch13trustee@ch13cleve.com

I hereby certify that a copy of the foregoing Notice was sent by U.S. First Class Mail this 16th day of January, 2018.

Barbara J. Johnson
4227 Eastway Rd.
South Euclid, OH 44121

/S/ Daniel A. Cox
Daniel A. Cox (0076469)